

# PASHMAN STEIN
A PROFESSIONAL CORPORATION
COUNSELORS AT LAW

AIDAN P. O'CONNOR
SHAREHOLDER

DIRECT DIAL: 201-270-4940
E-MAIL: aoconnor@pashmanstein.com

June 12, 2012

Hon. Susan D. Wigenton
United States District Judge
Martin Luther King, Jr., Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   *United States v. Edward Olimpio*
      Criminal No. 10-489 (SDW)

Dear Judge Wigenton:

On April 18, 2012, pursuant to a plea agreement, the Court sentenced Edward Olimpio to a five year term of probation combined with an eight month location monitoring program. The Judgment of Conviction indicates that Mr. Olimpio is required to be at his residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office.

I am writing to the Court in order to gain some clarification on the conditions of Mr. Olimpio's probation. As you may recall, prior to sentencing, Mr. Olimpio tutored homeless men in math once a week at the Market Street Mission in Morristown, New Jersey. Since his sentence of home confinement, Mr. Olimpio wishes to continue to give back of his skills and time to the community. He has therefore, asked permission of the Probation Department to continue to volunteer at the Market Street Mission, but while they have not raised a specific objection to this request, they believe that they do not have discretion to allow these absences and have suggested that we write to the Court for clarification and permission. I have attached a letter from Diane Young, Education Manager of the Mission requesting that I petition the Court to allow Mr. Olimpio to continue his volunteer tutoring at Market Street Mission.

Mr. Olimpio also owns, with his wife, a house in Spring Lake, New Jersey. This is a rental property that the Olimpio's rely on both to pay the mortgage on the property and for income. This house has been rented for the majority of the summer and Mr. Olimpio seeks permission to go to the Spring Lake property to take care of required maintenance and to prepare for changeovers between tenants. We submit that this is

**PASHMAN STEIN, P.C.**

part of Mr. Olimpio's employment and we seek permission for Mr. Olimpio to travel to and take care of this property on prior notification to the Probation Department.

    I have spoken to the prosecutor in this case, Rachael Honig, AUSA, who has advised me that she does not object to this request.

    We respectfully request that the Court permit Edward Olimpio permission to volunteer one day per week at the Market Street Mission in Morristown. If the Court agrees to these absences, we request that it so order the attached copy of this letter.

    Thank you for your consideration.

Respectfully submitted,

AIDAN P. O'CONNOR

    It is SO ORDERED that defendant Edward Olimpio be permitted to volunteer one day per week at the Market Street Mission in Morristown during the term of his home confinement and that he be permitted to travel to and from Spring Lake to maintain and take care of his property there on prior notification to the Probation Department.

HON SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

July 2, 2012

cc:    Rachael A. Honig, AUSA
      USPO Stan Whetstone
      Mr. Edward Olimpio